**UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA**

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA,** | ) | |
| **c/o United States Attorney's Office** | ) | |
| **Judiciary Center Building** | ) | |
| **555 4th Street, N.W.** | ) | **Civil Action No.** |
| **Washington, D.C. 20530** | ) | |
| | ) | |
| **Plaintiff,** | ) | |
| | ) | |
| **v.** | ) | |
| | ) | |
| **NINE THOUSAND SIX HUNDRED FIFTY** | ) | |
| **TWO DOLLARS ($9,652.00)** | ) | |
| **IN UNITED STATES CURRENCY,** | ) | |
| | ) | |
| **Defendant.** | ) | |

**VERIFIED COMPLAINT FOR FORFEITURE *IN REM***

The United States of America, by and through the United States Attorney for the District

of Columbia, respectfully pleads as follows:

1. This is a civil action, *in rem*, brought to enforce 21 U.S.C. § 881(a)(6), which provides

for the forfeiture of all moneys or other things of value furnished or intended to be furnished by

any person in exchange for a controlled substance in violation of 21 U.S.C. § 841 *et seq.*, all

proceeds traceable to such an exchange, and all moneys used or intended to be used to facilitate

violations of 21 U.S.C. § 841 *et seq*.

2. This Court has jurisdiction over this matter by virtue of 28 U.S.C. §§ 1345 and

1355(a). Venue is established by virtue of 28 U.S.C. §§ 1355(b) and 1395.

3. The defendant currency is more fully described as:

    a) nine thousand six-hundred fifty-two dollars ($9,652.00) in United States currency seized from 1004 F Street, NW, Washington, D.C., on February 14, 2006.

4. The defendant currency is subject to forfeiture because it was furnished or intended to be furnished by a person in exchange for a controlled substance in violation of 21 U.S.C. § 841 *et seq.*, or constitutes proceeds traceable to such an exchange, or was used or intended to be used to facilitate any violation of 21 U.S.C. § 841 *et seq.*

<u>**BASES FOR SEIZURE AND FORFEITURE**</u>

5. In November 1999, law enforcement agencies began investigating a cocaine distribution network being operated in the Washington, D.C., metropolitan area. During the investigation, a Walter Riggin, also known as, Buster Riggin ("Walter Riggin"), was identified as a central figure in this narcotics investigation. Several witnesses told law enforcement officers that Walter Riggin sold them cocaine on numerous occasions from the K & B News Stand, also known as K & B News Emporium ("K & B News Stand"), which is located at 1004 F Street, N.W., Washington, D.C.

6. On February 14, 2006, in response to information obtained during the investigation from witnesses who had purchased cocaine from Walter Riggin, law enforcement officers of the District of Columbia's Metropolitan Police Department and the Montgomery County Maryland Police Department executed a search warrant at K & B News Stand, 1004 F Street, N.W., Washington, D.C. 20002.

7. During the execution of the search warrant, law enforcement officers recovered, among other things, approximately 672.63 grams of cocaine, scales, narcotics packaging

material, cutting agents, and the defendant currency.

8.  The defendant currency and the 672.63 grams of cocaine were recovered from Walter

Riggin's K & B News Stand office.

9.  On August 15, 2006, Walter Riggin was indicted by a federal grand jury for violations

of 21 U.S.C. § 846 (Conspiracy to distribute and possess with intent to distribute 5 kilograms or

more of cocaine from in or about February 2003 through in or about February 2006).

**COUNT I**

10.  All statements and averments made in paragraphs 1-9 are re-alleged and

incorporated, herein, by reference.

11.  The defendant currency is subject to forfeiture because it was furnished or intended

to be furnished by a person in exchange for a controlled substance in violation of 21 U.S.C. § 841

*et seq.*, or constitutes proceeds traceable to such an exchange, and/or was used or intended to be

used to facilitate a violation of 21 U.S.C. § 841 *et seq.*  As such, the defendant currency is subject

to forfeiture pursuant to 21 U.S.C. § 881(a)(6).

WHEREFORE, the United States of America prays that process of warrant issue for the

arrest of the defendant currency as described above; that due notice be given to all parties to

appear and show cause why the forfeiture should not be decreed; that judgment be entered

declaring that the defendant currency be forfeited to the United States of America for disposition

according to law; and that the United States of America be granted such other relief

as this Court may deem just and proper, together with the costs and disbursements of this action.

Respectfully submitted,


_____/s/_____
KENNETH L. WAINSTEIN
United States Attorney
D.C. Bar No. 451058


_____/s/_____
WILLIAM R. COWDEN
Assistant United States Attorney
D.C. Bar No. 426301
555 4th St., NW
Washington, D.C.  20530
(202) 307-0258


_____/s/_____
JUDITH A. KIDWELL
Assistant United States Attorney
United States Attorney's Office
Asset Forfeiture Unit
555 4th St., NW, Room 4818
Washington, D.C.  20530
(202) 514-7250

**VERIFICATION**

I, Maria Pena, a Task Force Officer with the Drug Enforcement Administration, declare under penalty of perjury, pursuant to 28 U.S.C. § 1746, that the foregoing Complaint for Forfeiture *in rem* is based upon reports and information known to me and/or furnished to me by law enforcement agents and that everything represented herein is true and correct to the best of my knowledge and belief.

Executed on this 31st day of August 2006

_____/s/_____
Maria Pena
Task Force Officer
Drug Enforcement Administration