Default - Rule 55A (CO 40 Revised-DC 02/00)

# UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

UNITED STATES OF AMERICA

Plaintiff(s)

Civil Action No. 06-1542 RBW

V.

NINE THOUSAND SIX HUNDRED FIFTY TWO DOLLARS ($9,652.00) IN UNITED STATES CURRENCY

Defendant(s)

RE: NINE THOUSAND SIX HUNDRED FIFTY TWO DOLLARS ($9,625.00) IN UNITED STATES CURRENCY

## DEFAULT

It appearing that the above-named defendant(s) failed to plead or otherwise defend this action though duly served with summons and copy of the complaint on 8/31/06, and an affidavit on behalf of the plaintiff having been filed, it is this 8th day of January, 2007 declared that defendant(s) is/are in default.

NANCY MAYER-WHITTINGTON, Clerk

By: /s/ Tawana Davis

Deputy Clerk