**U.S. Department of Justice**
**United States Marshals Service**

# PROCESS RECEIPT AND RETURN
See Instructions for "Service of Process by the U.S. Marshal" on the reverse of this form.

| | |
|---|---|
| PLAINTIFF<br>United States of America | COURT CASE NUMBER<br>CA-06-1542 |
| DEFENDANT<br>Nine Thousand Six Hundred Fifty-Two Dollars ($9,652.00) in United States Currency | TYPE OF PROCESS<br>Verified Complaint & Warrant of Arrest In Rem |

**SERVE** ➤ NAME OF INDIVIDUAL, COMPANY, CORPORATION, ETC., TO SERVE OR DESCRIPTION OF PROPERTY TO SEIZE OR CONDEMN
$9,652.00 in United States Currency    (defendant)

**AT** ADDRESS (Street or RFD, Apartment No., City, State and ZIP Code)

SEND NOTICE OF SERVICE COPY TO REQUESTER AT NAME AND ADDRESS BELOW:

William R. Cowden
Judith A. Kidwell
Assistant United States Attorneys
555 4th Street, N.W., 4th Flr.
Washington, D.C. 20530

| | |
|---|---|
| Number of process to be served with this Form - 285 | 1 |
| Number of parties to be served in this case | 1 |
| Check for service on U.S.A. | |

SPECIAL INSTRUCTIONS OR OTHER INFORMATION THAT WILL ASSIST IN EXPEDITING SERVICE (Include Business and Alternate Addresses, All Telephone Numbers, and Estimated Times Available For Service):

CATS ID NO.: 06-DEA-467394

Signature of Attorney or other Originator requesting service on behalf of: ☒ PLAINTIFF ☐ DEFENDANT
JUDITH A. KIDWELL
TELEPHONE NUMBER (202) 514-7250
DATE 8/31/06

## SPACE BELOW FOR USE OF U.S. MARSHAL ONLY — DO NOT WRITE BELOW THIS LINE

I acknowledge receipt for the total number of process indicated. (Sign only first USM 285 if more than one USM 285 is submitted)

I hereby certify and return that I ☐ have personally served, ☒ have legal evidence of service, ☐ have executed as shown in "Remarks", the process described on the individual, company, corporation, etc., at the address shown above or on the individual, company, corporation, etc., shown at the address inserted below.

☐ I hereby certify and return that I am unable to locate the individual, company, corporation, etc., named above (See remarks below)

**GOVERNMENT EXHIBIT I**
**U.S. v. $9,652.00 in U.S. Currency**
**Civil Action No. 06-1542 (RBW)**

REMARKS:
Funds Recd. 5/17/06 - Check 15X8574

**NOTE**

PRIOR EDITIONS MAY BE USED        **3. NOTICE OF SERVICE**        FORM USM-285 (Rev. 12/15/80)