
**UNITED STATES POSTAL SERVICE**

Home | Help | Sign In

Track & Confirm    FAQs

# Track & Confirm

## Search Results

Label/Receipt Number: **7000 0600 0021 5996 2966**
Status: **Delivered**

Your item was delivered at 11:23 AM on November 9, 2006 in WASHINGTON, DC 20004.

**Track & Confirm**
Enter Label/Receipt Number.

Go >

Notification Options

**U.S. Postal Service**
**CERTIFIED MAIL RECEIPT**
(Domestic Mail Only; No Insurance Coverage Provided)

you or others by email.    Go >

Article Sent To:

| | | |
|---|---|---|
| Postage | $ | |
| Certified Fee | ✓ | NOV 7 2006 |
| Return Receipt Fee (Endorsement Required) | ✓ | Postmark Here |
| Restricted Delivery Fee (Endorsement Required) | | |
| Total | | |
| Name | Mr. William J. Garber, Esq. | |
| Street | 717 D Street, N.W., Suite 400 | |
| City, St | Washington, DC 20004 | |

11/7/06 Copy of Complaint, Summons, & Warrant of Arrest *in Rem* re: U.S. v. $9652.00 in USC, Cv. No. 06-1542 (RBW)

PS Form 3800, July 1999    See Reverse for Instructions

rvices  jobs  National & Premier Accounts
Rights Reserved. Terms of Use  Privacy Policy

---

**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

   Mr. William J. Garber, Esq.
   717 D Street, N.W., Suite 400
   Washington, DC 20004

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
X _Bradley Pier_    ☐ Agent  ☐ Addressee

B. Received by (Printed Name)   C. Date of Delivery
Bradley Pier                    11-9-06

D. Is delivery address different from item 1? ☐ Yes
   If YES, enter delivery address below: ☑ No

3. Service Type
   ☑ Certified Mail    ☐ Express Mail
   ☐ Registered       ☑ Return Receipt for Merchandise
   ☐ Insured Mail     ☐ C.O.D.

4. Restricted Delivery? (Extra Fee)    ☐ Yes

2. Article Number
   (Transfer from service label)  **7000 0600 0021 5996 2966**

PS Form 3811, February 2004    Domestic Return Receipt    102595-02-M-1540

**GOVERNMENT EXHIBIT II-a**
**U.S. v. $9,652.00 in U.S. Currency**
**Civil Action No. 06-1542 (RBW)**

11/30/2006