
**UNITED STATES POSTAL SERVICE**

Home | Help | Sign In

Track & Confirm          FAQs

# Track & Confirm

**Search Results**

Label/Receipt Number: **7000 0600 0021 5996 1730**
Detailed Results:

- Delivered, September 27, 2006, 4:46 am, WASHINGTON, DC 20530
- Notice Left, September 27, 2006, 3:00 am, WASHINGTON, DC 20530
- Unclaimed, September 22, 2006, 2:28 pm, WASHINGTON, DC
- Notice Left, September 05, 2006, 6:29 pm, WASHINGTON, DC 20011
- Arrival at Unit, September 05, 2006, 9:02 am, WASHINGTON, DC 20011

**Track & Confirm**

Enter Label/Receipt Number.

Go >

**U.S. Postal Service**
**CERTIFIED MAIL RECEIPT**
*(Domestic Mail Only; No Insurance Coverage Provided)*

*USPS.com Home >*

Article Sent To:

| | |
|---|---|
| Postage | $ |
| Certified Fee | X |
| Return Receipt Fee (Endorsement Required) | X |
| Restricted Delivery Fee (Endorsement Required) | |
| Total Po | |
| Name (Ple | |
| Street, Ap | |
| City, State | |

SEP 1 2006
Postmark Here

Mr. Walter Francis Riggin
4301 17th Street, N.W.
Washington, D.C. 20010

Copy of Complaint, Summons, Warrant of Arrest *In Rem* re: US v. $9,652.00 in USC, Cv. No. 06-1542 (RBW)

PS Form 3800, July 1999                    See Reverse for Instructions

ent services   jobs   **National & Premier Accounts**
PS. All Rights Reserved. Terms of Use  Privacy Policy

**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

   Mr. Walter Francis Riggin
   4301 17th Street, N.W.
   Washington, D.C. 20010

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
X _____  ☐ Agent  ☐ Addressee

B. Received by (Printed Name)   C. Date of Delivery

D. Is delivery address different from item 1? ☐ Yes
   If YES, enter delivery address below:  ☑ No

3. Service Type
   ☑ Certified Mail      ☐ Express Mail
   ☐ Registered         ☑ Return Receipt for Merchandise
   ☐ Insured Mail       ☐ C.O.D.

4. Restricted Delivery? (Extra Fee)   ☐ Yes

2. Article Number (Transfer from service label)
   **7000 0600 0021 5996 1730**

PS Form 3811, February 2004   Domestic Return Receipt   102595-02-M-1540

**GOVERNMENT EXHIBIT II-b**
U.S. v. $9,652.00 in U.S. Currency
Civil Action No. 06-1542 (RBW)

11/3/2006