
**UNITED STATES POSTAL SERVICE**®

Home | Help | Sign In

Track & Confirm      FAQs

# Track & Confirm

**Search Results**

Label/Receipt Number: **7000 0600 0021 5996 1747**
Status: **Delivered**

Your item was delivered at 4:23 pm on September 05, 2006 in WASHINGTON, DC 20004.

**Track & Confirm**

Enter Label/Receipt Number.

Go >

---

**U.S. Postal Service**
**CERTIFIED MAIL RECEIPT**
(Domestic Mail Only; No Insurance Coverage Provided)

Article Sent To:

| | |
|---|---|
| Postage | $ |
| Certified Fee | X |
| Return Receipt Fee (Endorsement Required) | X |
| Restricted Delivery Fee (Endorsement Required) | |

Postmark Here — SEP 1 2006

Mr. David Hilbun
President and Director
K&B NewsEmporium, Inc.
1004 F Street, N.W.
Washington, D.C. 20004
Copy of Complaint, Summons, Warrant of Arrest *In Rem*
re: US v. $9,652.00 in USC, Cv. No. 06-1542 (RBW)

PS Form 3800, July 1999      See Reverse for Instructions

7000 0600 0021 5996 1747

ent services   jobs   National & Premier Accounts
PS. All Rights Reserved. Terms of Use   Privacy Policy

---

**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

   Mr. David Hilbun
   President and Director
   K&B NewsEmporium, Inc.
   1004 F Street, N.W.
   Washington, D.C. 20004

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
X _[signature]_    ☐ Agent    ☐ Addressee

B. Received by ( *Printed Name* )    C. Date of Delivery
Lori Hamilton    9-5-06

D. Is delivery address different from item 1? ☐ Yes
   If YES, enter delivery address below:    ☑ No

3. Service Type
   ☑ Certified Mail    ☐ Express Mail
   ☐ Registered    ☑ Return Receipt for Merchandise
   ☐ Insured Mail    ☐ C.O.D.

4. Restricted Delivery? (*Extra Fee*)    ☐ Yes

2. Article Number
(Transfer from service label)    **7000 0600 0021 5996 1747**

PS Form 3811, February 2004   Domestic Return Receipt

---

**GOVERNMENT EXHIBIT II-c**
U.S. v. $9,652.00 in U.S. Currency
Civil Action No. 06-1542 (RBW)

10/31/2006