

**UNITED STATES POSTAL SERVICE**

Home | Help | Sign In

Track & Confirm   FAQs

# Track & Confirm

### Search Results

Label/Receipt Number: **7000 0600 0021 5996 2959**
Status: **Delivered**

Your item was delivered at 12:38 PM on December 14, 2006 in LAUREL, MD 20707.

*Additional Details >*   *Return to USPS.com Home >*

**Track & Confirm**

Enter Label/Receipt Number.

Go >

**Notification Options**

---

**U.S. Postal Service**
**CERTIFIED MAIL RECEIPT**
(Domestic Mail Only; No Insurance Coverage Provided)

Article Sent To:

| | | |
|---|---|---|
| Postage | $ | |
| Certified Fee | ✓ | NOV 7 2006 |
| Return Receipt Fee (Endorsement Required) | ✓ | Postmark Here |
| Restricted Delivery Fee (Endorsement Required) | | |

To: Mr. David M. Hilbun
13111 Larchdale Road, #1
Laurel, MD 20708

11/7/06 Copy of Complaint, Summons, & Warrant of Arrest *in Rem* re: U.S. v. $9652.00 in USC, Cv. No. 06-1542 (RBW)

PS Form 3800, July 1999   See Reverse for Instructions

7000 0600 0021 5996 2959

t services   jobs   **National & Premier Accounts**
. All Rights Reserved. Terms of Use   Privacy Policy

---

**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

   Mr. David M. Hilbun
   13111 Larchdale Road, #1
   Laurel, MD 20708

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
X _[signature] Hilbun_   ☐ Agent   ☐ Addressee

B. Received by (Printed Name)   C. Date of Delivery   12/14

D. Is delivery address different from item 1?   ☐ Yes   ☑ No
If YES, enter delivery address below:

3. Service Type
   ☑ Certified Mail   ☐ Express Mail
   ☐ Registered   ☑ Return Receipt for Merchandise
   ☐ Insured Mail   ☐ C.O.D.

4. Restricted Delivery? (Extra Fee)   ☐ Yes

2. Article Number (Transfer from service label)   **7000 0600 0021 5996 2959**

PS Form 3811, February 2004   Domestic Return Receipt   102595-02-M-1540

---

**GOVERNMENT EXHIBIT II-d**
U.S. v. $9,652.00 in U.S. Currency
Civil Action No. 06-1542 (RBW)

1/5/2007