## AFFIDAVIT OF PUBLICATION

AD# 10129179

District of Columbia, ss,
Personally appeared before me, FAITH H. ALLBRITTON,
a Notary Public in and for the District of Columbia,

CARL S. JOHNSON, who is being duly sworn according to law, an oath says that he is an AUTHORIZED AGENT of THE WASHINGTON TIMES, L.L.C., publisher of

### The Washington Times

Circulated daily, in the City of Washington, District of Columbia, And that the advertisement, of which the annexed is a true copy, was published in said newspaper 1 time(s) on the following dates:

2006 SEPTEMBER 4

at the rate of $ 2.91 per line.

Total Cost $ 177.51 Dollars

*[signature: Carl S. Johnson]*

Subscribed and sworn to before me

SEPTEMBER 5, 2006

Notary Public *[signature: Faith H. Allbritton]*

Faith H. Allbritton
Notary Public, District of Columbia
My Commission Expires 6-14-2010

My Commission expires _____

**NOTICE**

NOTICE IS HEREBY GIVEN that by virtue of a Warrant for Arrest In Rem, issued by the U.S. District Court for the District of Columbia, in an action entitled United States of America v. Nine Thousand Six Hundred Fifty Two Dollars ($9,652.00) in United States Currency, the United States Marshals Service for the District of Maryland arrested on August 31, 2006, $9,652.00 in U.S. Currency, property described above under Civil Action # 06-1542-RBW and filed on August 31, 2006, with the Clerk of the Court for the District of Columbia for violations of 21 U.S.C. § 881 and which action requests that the said property be seized for condemnation and confiscation and requests such costs and disbursements as decreed by the Court. Any person who is entitled to possession, or claiming an interest in or to said property, pursuant to Rule C(6) of the Supplemental Rules for Certain Admiralty and Maritime Claims and within 30 days after the earlier of (1) receiving actual notice of execution of process, or (2) the publication of this notice, must file a verified claim with the Clerk of the Court, U.S. District Court for the District of Columbia and make service upon the attorney for the plaintiff and must serve their answers within 20 days after the filing of their verified claims. All interested persons should file claims and answers within the time so fixed, or be defaulted and said property be condemned and forfeited to the use of the United States of America. Judith A. Kidwell, Assistant United States Attorney, 555 4th St., NW, Washington, DC 20530.

---

**GOVERNMENT EXHIBIT III**
U.S. v. $9,652.00 in U.S. Currency
Civil Action No. 06-1542 (RBW)